## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

RENO MUHAMMAD                                                              PLAINTIFF
ADC # 95059

v.                                    No. 2:12-cv-26-DPM–BD

TOMMIE G. LOVIN, Jail Administrator,
Monroe County Jail; EDNA SMITH, Cook,
Monroe County Jail; C. MURPHY, Captain,
Monroe County Jail; and DONNA SMITH,
Jailer, Monroe County Jail                                                DEFENDANTS

### ORDER

Muhammad has not objected to Magistrate Judge Beth Deere's recommendation, *Document No. 16*, that his motion to amend be denied. Reviewing for legal error and for clear factual error, FED. R. CIV. P. 72(b) (1983 addition to Advisory Committee notes), the Court adopts Judge Deere's proposal as its own. Motion, *Document No. 15*, denied.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

27 April 2012