IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**RENO MUHAMMAD**                                                                             **PLAINTIFF**
**ADC # 95059**

V.                    No. 2:12CV00026 BD

**TOMMIE G. LOVIN, et al.**                                                 **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 17th day of August, 2012.

_____
UNITED STATES MAGISTRATE JUDGE